**Order entered May 23, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00361-CR

**STANYELLE M. MILES-MCCLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 187th District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2017CR6735A**

## ORDER

Before the Court is court reporter Brooke Wagner's May 21, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/    CRAIG STODDART
       JUSTICE